1
2
3
4                                                                    JS-6
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   DANIEL E. PETERSON,           )     No. CV 13-6793 CW
                                    )
12                 Plaintiff,       )     JUDGMENT
                                    )
13             v.                   )
                                    )
14   CAROLYN W. COLVIN, Acting      )
     Commissioner, Social Security  )
15   Administration,                )
                                    )
16                 Defendant.       )
     _____)
17

18        **IT IS ADJUDGED** that this action is remanded to defendant for

19   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20   and consistent with the accompanying Order re Defendant's Ex Parte

21   Motion for Remand.

22

23   DATED:  March 30, 2015

24

25                                   _____
                                          CARLA M. WOEHRLE
26                                   United States Magistrate Judge

27

28